## United States Bankruptcy Court
### District of Colorado

IN RE:                                                              Case No. _____

**Jacobs, Samuel Bond**                                            Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Wells Fargo Bank**<br>Attn:D Stansberry, MAC C7300-079<br>1740 Broadway, 7th Flr<br>Denver, CO 80274 | **Bill E. Kyriagia, Attorney**<br>**(303) 575-7606** | **Unsecured debt** | **Unliquidated Disputed** | **856,183.98** |
| **Commercial Savings Bank**<br>627 N. Adams Street<br>Carroll, IA 51401 | | **Unsecured debt** | **Unliquidated Disputed** | **327,000.00** |
| **US Bancorp Equipment Finance**<br>Attn: Phillip McGuigan<br>13010 SW 68th Parkway<br>Portland, OR 97223 | | **Unsecured debt** | **Disputed** | **248,380.92** |
| **Internal Revenue Service**<br>Central Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | **Tax debt** | **Disputed** | **150,703.79** |
| **Chase**<br>Attn: Customer Support Division<br>PO Box 15548<br>Wilmington, DE 19886-5548 | **(800) 955-9900** | **Unsecured debt** | **Disputed** | **81,260.00** |
| **Mesa Bearing & Power Trans**<br>576 1/2 25 Road<br>Grand Junction, CO 81505 | | **Unsecured debt** | **Contingent Disputed** | **69,431.12** |
| **Colorado Dept. Of Revenue**<br>Attn: Bankruptcy Unit<br>PO Box 13200<br>Denver, CO 80201-4600 | **(303) 866-3793** | **Tax debt** | **Disputed** | **46,089.78** |
| **Chase**<br>Attn: Customer Support Division<br>PO Box 15548<br>Wilmington, DE 19886-5548 | **(800) 955-9900** | **Unsecured debt** | **Disputed** | **41,204.00** |
| **GEMB Lending Inc.**<br>PO Box 5064<br>Costa Mesa, CA 92628 | **(800) 626-9120** | **Unsecured debt** | **Disputed** | **40,135.00** |
| **Joseph T. Ryerson & Sons, Inc.**<br>PO Box 100097<br>Pasadena, CA 91189 | | **Unsecured debt** | **Contingent Disputed** | **38,042.07** |
| **Pinnacol Assurance**<br>Dept 500<br>Denver, CO 80281-0500 | | **Unsecured debt** | **Contingent** | **26,183.00** |
| **Grand Valley National Bank**<br>925 N. 7th St.<br>Grand Junction, CO 81501 | **(970) 241-4400** | **Unsecured debt** | **Disputed** | **23,971.00** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| Creditor | Phone | Type | Status | Amount |
|---|---|---|---|---|
| Ally Financial<br>GMAC<br>200 Renaissance Ctr<br>Detroit, MI  48243 | (800) 200-4622 | Unsecured debt | Disputed | 23,207.39 |
| Motion Industries<br>PO Box 404130<br>Atlanta, GA  30384 | | Unsecured debt | Contingent | 17,234.56 |
| Advanced Air Products<br>PO Box 299<br>Englewood, CO  80151 | | Unsecured debt | Contingent<br>Disputed | 14,455.47 |
| Ally Financial<br>GMAC<br>200 Renaissance Ctr<br>Detroit, MI  48243 | (800) 200-4622 | Unsecured debt | Disputed | 11,106.11 |
| Conoco/Phillips Company<br>PO Box 688931<br>Des Moines, IA  50368 | | Unsecured debt | Contingent<br>Disputed | 9,267.60 |
| Jorgensen Co.<br>PO Box 79012<br>City Of Industry, CA  91716 | | Unsecured debt | Contingent | 8,000.00 |
| Kubota Credit Corporation<br>1025 Northbrook Pkwy<br>Suwanee, GA  30024 | (770) 995-8855 | Secured debt | Disputed | 32,746.00<br>Collateral:<br>25,000.00<br>Unsecured:<br>7,746.00 |
| Colorado Scale Center<br>3914 Youngfield St.<br>Wheatridge, CO  80033 | | Unsecured debt | Contingent | 7,566.05 |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **June 14, 2011**   Signature   */s/ Samuel Bond Jacobs*
                           of Debtor
                                       **Samuel Bond Jacobs**

Date:  _____       Signature
                            of Joint Debtor
                            (if any)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only